UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

LISA KELLY,                                          :      08 Civ. 02048 (DLC)
                                                     :
                     Plaintiff,           :
    -against-                                       :      **STIPULATION OF**
                                                     :      **DISCONTINUANCE WITHOUT**
CANTOR FITZGERALD & CO. and                          :      **PREJUDICE**
CANTOR FITZGERALD SECURITIES,                        :
                                                     :
                     Defendants.          :
                                                     :
-------------------------------------------------------- x

It is hereby stipulated by and between the parties that Plaintiff hereby discontinues this matter without prejudice pursuant to Fed. R. Civ. P 41(a)(1). This action, if reinstated in any forum, will be deemed filed on February 29, 2008.

CANTOR FITZGERALD & CO.                              LIDDLE & ROBINSON, L.L.P.

By: _____                   By: _____
    Andrew Kofsky, Esq.                                  David Marek, Esq.
Attorneys for Cantor Fitzgerald & Co. and            Attorneys for Lisa Kelly
Cantor Fitzgerald Securities                         800 Third Avenue
110 East 59th Street                                 New York, NY 10022
New York, New York 10022                             (212) 687-8500
(212) 294-7093

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08